UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-81301-CIV-ZLOCH

RICHARD SHANNON,

     Plaintiff,

vs.                                    **FINAL JUDGMENT**

JOHN E. POTTER, Postmaster
General, United States Postal
Service,

     Defendant.
_____/

THIS MATTER is before the Court upon Defendant John E. Potter's Motion For Summary Judgment (DE 31). For the reasons expressed in this Court's order granting said Motion, entered separately, and pursuant to Federal Rules of Civil Procedure 56 and 58, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Final Judgment be and the same is hereby **ENTERED** in favor of Defendant John E. Potter and against Plaintiff Richard Shannon. Plaintiff shall take nothing by this action and Defendant shall go hence without day; and

    2. To the extent not otherwise disposed of herein all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of OCTOBER, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copy furnished:

All Counsel of Record